# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00538-CV

**Renee Yvonne Wright, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
## NO. 219,266-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order terminating the parental rights of Renee Yvonne Wright to her minor children. Wright's court-appointed counsel has filed an *Anders* brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced on appeal. *See Anders v. California*, 386 U.S. 738, 744 (1967). The brief meets the requirements of *Anders*. *See Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646-47 (Tex. App.—Austin 2005, pet. denied) (applying *Anders* procedure in appeal from termination of parental rights). Counsel concludes that the appeal is without merit and has filed a motion to withdraw.

Counsel has provided Wright with copies of the brief, the motion, and the record, and has notified Wright of her right to file a pro se brief. More than thirty days have passed, and no pro se brief has been filed.

After reviewing the record, we have found nothing that would arguably support an appeal, and we agree that the appeal is frivolous and without merit. *See Anders*, 386 U.S. at 741-44; *Taylor*, 160 S.W.3d at 646-47. We therefore affirm the district court's order and grant counsel's motion to withdraw.[1]

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Affirmed

Filed:   August 15, 2008

---

[1] We have received a letter from Wright requesting that this Court provide her the chance to retain her parental rights. However, our review is confined to whether Wright has shown that the district court committed an error warranting reversal of the judgment. *See Mitchell v. Texas Dep't of Family & Protective Servs.*, No. 03-07-00348-CV, 2008 Tex. App. LEXIS 3574, at *5 (Tex. App.—Austin May 15, 2008, no pet. h.)(mem. op.). Wright's letter does not show that, based on the totality of the record, the trial court committed any reversible error in terminating her parental rights. *See id.; see also Holley v. Adams*, 544 S.W.2d 367, 370-372 (Tex. 1976).

2